COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          Union Pacific Railroad Co. v. Betty Chenier, et al.

Appellate case number:     01-21-00073-CV

Trial court case number:    2020-10063

Trial court:                        152nd District Court of Harris County

Appellant's, Union Pacific Railroad Company, counsel has filed a motion to withdraw as counsel in this case. Union Pacific has consented to the motion to withdraw, and Appellees do not oppose the motion. Baker Botts LLP and its attorneys Gavin R. Villareal and Maddy R. Dwertman have entered appearances as Union Pacific's new counsel. The motion to withdraw is **granted**.

It is so ORDERED.

Judge's signature: _____/s/ Sarah Beth Landau_____
                                            Acting individually


Date:  _December 16, 2021_____